**Deny and Opinion Filed September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01103-CV

### IN RE SHERITHA SEALS IRVIN, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00114-W**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Relator filed this petition for writ of mandamus requesting that the Court compel the trial court to vacate its September 2, 2015 order granting the motion for protective order and motion to quash filed by the Texas Department of Family and Protective Services. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish her right to mandamus relief.

151103F.P05

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE